UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven T. Robinson
a/k/a Michael Moore

v.                                        Case No. 14-cv-550-LM

Esker L. Tatum, Warden,
Federal Correctional Institution,
Berlin, New Hampshire


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 10, 2016, for the reasons set forth therein. Mr. Robinson's § 2254 petition is hereby dismissed for lack of subject matter jurisdiction. The following motions are also hereby denied: motion to expedite proceeding (doc. no. 12), the motion to appoint counsel (doc. no. 13), motion to show cause for an evidentiary hearing (doc. no. 14), and the motion/petition for standard of review (doc. no. 15).

Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules

Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

    SO ORDERED.

                                         _____
                                         Landya B. McCafferty
                                         United States District Judge

Date: April 7, 2016

cc:   Steven T. Robinson, pro se